Ryan Lee (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd Ste 405
Los Angeles CA 90025
Tel: 323-988-2400 x241
Fax: 866-829-5083
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
ROBERT WHITE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| ROBERT WHITE,  Plaintiff,  v.  CITIGROUP, INC.  Defendant. | Case No.:  **PLAINTIFF'S COMPLAINT** |

Plaintiff, ROBERT WHITE (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, CITIGROUP, INC. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint alleges that Defendant negligently, knowingly and/or willfully violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* (TCPA).

2. Count II of Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788 *et seq.* (RFDCPA).

**JURISDICTION AND VENUE**

3. Jurisdiction of this court arises pursuant to 28 U.S.C. 1331.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Fresno, Fresno County, California.

7. Defendant is a business entity with its principal place of business in New York, New York.

8. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

9. Defendant places collection calls to Plaintiff seeking and attempting to collect on an alleged debt.

10. Plaintiff's alleged debt was incurred on a Sears credit card and arises from transactions for personal, household, and/or family purposes.

11. Defendant places collection calls to Plaintiff's cellular telephone at phone number 559-905-33XX.

12. Per its prior business practices, Defendant's calls were placed with an automated dialing system ("auto-dialer").

13. On or around September 28, 2013, Plaintiff placed spoke with Defendant's representative and requested that Defendant cease placing collection calls to his cell phone.

14. Plaintiff never provided Defendant with any consent, explicit, implied, or otherwise, to call his cellular telephone and/or to receive Defendant's calls using an automatic

telephone dialing system.

15. Even if such consent was given, Plaintiff revoked any consent, explicit, implied, or otherwise, to call his cellular telephone and/or to receive Defendant's calls using an automatic telephone dialing system during the telephone call on or around September 28, 2013.

16. Despite Plaintiff's request to cease, Defendant placed at least twenty-seven (27) automated collection calls to Plaintiff.

17. Specifically, Defendant called Plaintiff as follows:

- October 13, 2013:  two (2) calls at 1:49pm and 4:13pm;

- October 14, 2013:  four (4) calls at 8:20am, 11:06am, 1:20pm, and 3:16pm;

- October 15, 2013:  five (5) calls at 8:16am, 11:13am, 1:27pm, 3:21pm, and 5:21pm;

- October 20, 2013:  five (5) calls at 11:32am, 1:40pm, 4:05pm, 6:05pm, and 7:48pm;

- October 21, 2013:  six (6) calls at 10:59am, 1:15pm, 3:10pm, 4:53pm, 4:54pm, and 5:15pm;

- October 22, 2013:  five (5) calls at 8:39am, 11:23am, 1:36pm, 3:31pm, and 5:23pm.

## COUNT I

## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

18. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

19. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

Wherefore, Plaintiff, ROBERT WHITE, respectfully requests judgment be entered against Defendant, CITIGROUP, INC. for the following:

20. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

21. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

22. All court costs, witness fees and other fees incurred; and

23. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

24. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

25. Defendant violated the RFDCPA based on the following:

    a. Defendant violated § 1788.11(d) of the RFDCPA by causing a telephone to ring repeatedly or continuously to annoy the person called;

    b. Defendant violated § 1788.11(e) of the RFDCPA by communicating with Plaintiff with such frequency as to be unreasonable and to constitute an harassment to Plaintiff.

WHEREFORE, Plaintiff, ROBERT WHITE, respectfully requests judgment be entered against Defendant, CITIGROUP, INC. for the following:

26. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.30(b),

27. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ Code § 1788.30(c), and

28. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED: January 10, 2014          KROHN & MOSS, LTD.


By: /s/  Ryan S. Lee

Ryan S. Lee
Attorney for Plaintiff


**DEMAND FOR JURY TRIAL**

Plaintiff, ROBERT WHITE, hereby demands a jury trial in this case.