UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WHITE, | CASE NO. CV F 14-0037 LJO BAM |
| Plaintiffs, | **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |
| vs. | (Doc. 7.) |
| CITIGROUP, INC. | |
| Defendant. | |
| _____/ | |

This Court's February 18, 2014 order required the parties, no later than March 24, 2014, to file papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed. The parties have failed to comply with the February 18, 2014 order and to file required papers.

This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, this Court ORDERS plaintiff, no later than **April 4, 2014**, to file papers to show cause why sanctions should not be imposed on him for failure to file required papers and/or for disobedience of the February 18, 2014 order. This order to show cause will be deemed discharged, if no later than **April 4, 2014**, papers are filed to dismiss or conclude this action in its entirety.

This Court ORDERS plaintiff's counsel to serve a copy of this order on defendant

and/or its counsel.

  This Court ADMONISHES the parties and counsel that they must observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

  Dated:  **March 26, 2014**     **/s/ Lawrence J. O'Neill**
                   UNITED STATES DISTRICT JUDGE