UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WHITE, | CASE NO. CV F 14-0037 LJO BAM |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** <br> (Doc. 9.) |
| vs. | |
| CITIGROUP, INC., | |
| Defendant. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this entire action and all claims;
2. VACATES all pending matters and dates;
3. DISCHARGES the March 27, 2014 order to show cause; and
4. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **March 28, 2014**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1